# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SAMANTHA WALKER and STEVEN MASON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>EVOLVE BANK AND TRUST,<br><br>    Defendant. | Case No. 2:24-cv-02552-SHL-cgc |

## ORDER OF TRANSFER

For purposes of court economy and judicial efficiency and in accordance with the transfer order from the Judicial Panel on Multidistrict Litigation,

**IT IS ORDERED** that this matter be associated to 24-md-03127-SHL-cgc.

**IT IS SO ORDERED,** this 10th day of October, 2024.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                CHIEF UNITED STATES DISTRICT JUDGE